UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES WOODWARD                                                                  PLAINTIFF

V.                                4:18CV00527 JM/JTR

BILL GILKEY, Sheriff,
Danville Detention Center, *et al*.                                DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. James Woodward may PROCEED with his inadequate medical care claim against Defendant Dr. Elkin Darrell, and his inadequate medical care and retaliation claims against Defendant Jail Administrator Mike May.

2. All other claims and defendants are DISMISSED, WITHOUT PREJUDICE.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4. The Clerk is directed to prepare a summons for Darrell and May at the Yell County Jail. The United States Marshal is directed to serve the summons, Complaint and Amended Complaint,[1] and this Order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer Yell County employees, the individual responding to service

---

[1] Dkt. Nos. 2 & 10.

must file a **sealed** statement providing the unserved defendant's last known private mailing address.

Dated this 24th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE