UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES WOODWARD                                                      PLAINTIFF

V.                          No. 4:18CV00527-JM

MIKE LEO MAY, Jail Administrator;
and DARRELL ELKIN, Doctor,
Danville Detention Center                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 9th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE